1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE MITCHELL, Petitioner, v. CYNTHIA Y. TAMPKINS, Warden, Respondent. | Case No. CV 16-08082 SVW (RAO) JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: March 16, 2017

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE